## Franco *v.* Driscoll Construction Co., Inc., Appellant.

Argued April 30, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused November 12, 1970.

*James McGirr Kelly,* with him *Harold J. Conner,* and *Robert C. Duffy,* for appellant.

*Elihu A. Greenhouse,* for appellee.

Opinion Per Curiam, October 9, 1970:
Judgment affirmed.